■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIE EVANS, Appellant. (Appeal No. 2.) [703 NYS2d 770] —Judgment unanimously affirmed. Same Memorandum as in *People v Evans* (269 AD2d 797 [decided herewith]). (Appeal from Judgment of Ontario County Court, Harvey, J.—Perjury, 1st Degree.) Present—Green, A. P. J., Hayes, Pigott, Jr., and Scudder, JJ.